# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150637

In re Estate of STEPHEN E. RICHARD.
_____

WILLIAM RICHARD, Personal Representative
for the Estate of STEPHEN RICHARD,
        Plaintiff-Appellee,

v

        SC: 150637
        COA: 311767
        Alpena CC: 11-003918-NH

COMPASSIONATE CARE HOME HEALTH
SERVICES, INC.,
        Defendant-Appellant,

and

REGION 9 AREA AGENCY ON AGING,
a/k/a NORTHEAST MICHIGAN
COMMUNITY SERVICE AGENCY, INC.,
        Defendant.
_____/

      On order of the Court, the application for leave to appeal the September 9, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



d0930

Clerk